IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
CIVIL DIVISION
IN ADMIRALTY

ST JOHN SHIP BUILDING INC.,     CASE NO: 3:14-cv-1358-J-20J3T
a Florida corporation,

    Plaintiffs,

vs.

M/V FLAMINGO EXPLORER, a
Marshall Islands recreational vessel and
her engines, tackle, boats, gear,
appurtenances etc., *in rem*,

    Defendant.
_____/

## MOTION FOR ISSUANCE OF ARREST WARRANT IN REM

COMES NOW, Plaintiff St Johns Ship Building Inc., by and through undersigned counsel, and Pursuant to Supplemental Admiralty Rules C and E and Local Admiralty Rules and hereby moves this Court for Issuance of a Warrant of Arrest for the M/V FLAMINGO EXPLORER her engines, tackle, boats, gear, appurtenances etc., *in rem*, and as grounds would state as follows:

1. On or about November 4, 2014, Plaintiff initiated the above-style action against the vessel M/V FLAMINGO EXPLORER, her engines, tackle, boats, gear, appurtenances, *in rem* for breach of contract and foreclosure of maritime liens for necessaries to the vessel.

2. Plaintiff has complied with all conditions precedent and has established a *prima facie* case for a Rule C Arrest of the vessel for foreclosure of maritime liens for necessaries.

3. THEREFORE, in accordance with the representations set forth in this instrument, Plaintiff requests this Court to enter an Order Directing Issuance of a Warrant of Arrest *in rem* for the M/V FLAMINGO EXPLORER, her boats, tackle, apparel, furniture and furnishings,

1

equipment, engines and appurtenances etc., in rem A proposed Order and Warrant are attached.

Respectfully submitted this 3rd Day of November, 2014.

<div style="margin-left: 40%;">
s/Stephen M. Moon<br>
Steven M. Moon<br>
FBN:727602<br>
STEPHEN M. MOON PA<br>
96 Willard St # 305<br>
Cocoa, FL 32922<br>
Telephone (321) 632-2262 - Office<br>
Facsimile (321) 632-6202<br>
Email: smmpa@earthlink.net<br>
Attorneys for Plaintiff St Johns Ship Building Inc.
</div>

## CERTIFICATE OF SERVICE

I hereby certify that on November 3,, 2014 the foregoing document was submitted to the Clerk of the Court. I also certify that the foregoing document is being served on all counsel of record either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

<div style="margin-left: 40%;">
s/ Stephen M. Moon<br>
Stephen M. Moon
</div>