IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
CIVIL DIVISION
IN ADMIRALTY

ST JOHNS SHIP BUILDING INC.,           CASE NO: 3:14-cv-01358-HES-JBT
a Florida corporation,

       Plaintiff,

vs.

M/V FLAMINGO EXPLORER, a
Marshall Islands recreational vessel and
her engines, tackle, boats, gear,
appurtenances etc., *in rem*,

       Defendant.
_____/

## NOTICE OF AN ACTION IN REM AND ARREST OF VESSEL

COMES NOW, Plaintiffs, ST JOHNS SHIP BUILDING INC., by and through undersigned counsel and Pursuant to Supplemental Admiralty Rule C(4) for Certain Admiralty or Maritime Claims and Asset Forfeiture Actions and Local Admiralty Rule 703(f), and hereby gives Notice of Action in Rem and Arrest of The M/V FLAMINGO EXPLORER, her engines, tackle, boats, gear, appurtenances etc., *in rem*, in accordance with the arrest warrant issued on or about November 5, 2014 and served on November 24, 2014.

**SPECIAL NOTICE**

Pursuant to Supplemental Rule (C)(6), and Local Admiralty Rule 703(f), Unless otherwise ordered by the Court, any claimant of property subject to an action in rem shall: (1) File a claim with the court within fourteen (14) days beginning on the next calendar day, including Saturday, Sunday or a legal holiday, after process has been executed; and (2) Serve an answer within twenty-one (21) days after the filing of a claim. Any person claiming an interest in the vessel and/or

1

property may also pursue the post-arrest remedies set forth in the Local Admiralty Rules. Claims to be submitted to the Court and to the attorney for plaintiff, Stephen M. Moon, STEPHEN M. MOON PA 96 Willard St # 305 Cocoa, FL 32922, Telephone (321) 632-2262, Facsimile (321) 632-6202, Email: smmpa@earthlink.net.

      Respectfully submitted this 1st Day of December 2014.

                              s/Stephen M. Moon
                              Stephen M. Moon
                              FBN:727602
                              STEPHEN M. MOON PA
                              96 Willard St # 305
                              Cocoa, FL 32922
                              Telephone (321) 632-2262 - Office
                              Facsimile (321) 632-6202
                              Email: smmpa@earthlink.net
                              Attorneys for Plaintiff St Johns Ship Building Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on or about December 1, 2014 the foregoing document was filed with the Clerk of the Court. I also certify that the foregoing document is being served this day on all counsel of record either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                              s/ Stephen M. Moon
                              Stephen M. Moon